UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                        :

ALI BANAI, *et al.*, *on behalf of themselves and* :
*all other similarly situated individuals,*     :
                                Plaintiffs,   :           24-CV-132 (JPO)
                                          :

                      -v-                 :             ORDER
                                          :

LEDGER SAS and LEDGER            :
TECHNOLOGIES, INC.,               :
                              Defendants.  X
-----------------------------------------------------------

J. PAUL OETKEN, District Judge:

       On the consent of all parties (ECF No. 20), this case is transferred to the Northern District

of Illinois for the convenience of the parties and in the interest of justice. *See* 28 U.S.C.

§ 1404(a).

       The Clerk of Court is directed to transfer this action to the Northern District of Illinois, to

close the motion at ECF Number 20, and to close this case.

       SO ORDERED.

Dated: March 4, 2024
      New York, New York

                                          _____
                                             J. PAUL OETKEN
                                     United States District Judge